**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 03-7345**

───────────

TRYPHON PEACOCK,

                              Plaintiff - Appellant,

    versus

JAMES THOMPSON, Doctor; TOM BUSH, Doctor;
UNKNOWN DEFENDANT, In charge of Central Prison
Medical Department; UNKNOWN SURGEON, at
University of North Carolina Hospital, Chapel
Hill, North Carolina,

                              Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Terrence W. Boyle, Chief
District Judge. (CA-03-567-5-BO)

───────────

Submitted: January 29, 2004      Decided: February 5, 2004

───────────

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Tryphon Peacock, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Tryphon Peacock appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Peacock v. Thompson</u>, No. CA-03-567-5-BO (E.D.N.C. Aug. 18, 2003). We deny Peacock's motion for an injunction against administration of medication as it is not related to the present appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>